MEMO ENDORSED

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
JANNETT R. FYFFE,                :
                                 :
              Plaintiff,         :
                                 :
       - v. -                    :
                                 :   STIPULATION AND ORDER
                                 :   08 Civ. 5486 (DC)
MICHAEL J. ASTRUE,               :
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from August 18, 2008 to and including October 17, 2008.  The reason for the request is to give

the Social Security Administration sufficient time to evaluate its litigation position in this case. No prior extensions have been requested in this case.

Dated:  New York, New York
        August 7 , 2008

                        BINDER & BINDER, P.C.
                        Attorneys for Plaintiff

By: _____
    CHARLES E. BINDER, ESQ.
    215 Park Avenue, South
     6th Floor
    New York, New York 10003
    Telephone No.: (212) 677-6801

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York   10007
    Telephone No.: (212) 637-2713
    Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
8/25/08